**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (if known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. Debtor's name | Banco Privado Portugues (Cayman) Ltd (in Official Liquidation) | |
| 2. Debtor's unique identifier | **For non-individual debtors:** ☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __ <br> ☐ Other _____. Describe identifier _____ <br><br> **For individual debtors:** <br> ☐ Social Security number: xxx – xx – __ __ __ __ <br> ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __ <br> ☐ Other _____. Describe identifier _____ | |
| 3. Name of foreign representative(s) | Simon R. Conway and Jess Shakespeare | |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | In the Matter of Banco Privado Portugues (Cayman) Ltd | |
| 5. Nature of the foreign proceeding | Check one: <br> ☑ Foreign main proceeding <br> ☐ Foreign nonmain proceeding <br> ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding | |
| 6. Evidence of the foreign proceeding | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached. <br><br> ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached. <br><br> ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. <br><br> _____ <br> _____ | |
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.) <br> ☐ Yes | |

Debtor   Banco Privado Portugues (Cayman) Ltd (in Offic         Case number (if known) _____
         Name

| 8. Others entitled to notice | Attach a list containing the names and addresses of: |
|---|---|
| | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

Country where the debtor has the center of its main interests:

Cayman Islands

Debtor's registered office:

18 Forum Lane, Camana Bay
Number    Street

PO Box 258
P.O. Box

Grand Cayman KY1-1104
City          State/Province/Region    ZIP/Postal Code

Cayman Islands
Country

Individual debtor's habitual residence:

_____
Number    Street

_____
P.O. Box

_____
City   State/Province/Region   ZIP/Postal Code

_____
Country

Address of foreign representative(s):

18 Forum Lane, Camana Bay
Number    Street

PO Box 258
P.O. Box

Grand Cayman KY1-1104
City          State/Province/Region    ZIP/Postal Code

Cayman Islands
Country

**10. Debtor's website (URL)**   http://www.bancoprivadoportuguescaymanltd.com

**11. Type of debtor**

Check one:

☐ Non-individual (check one):

    ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☐ Individual

Debtor  Banco Privado Portugues (Cayman) Ltd (in Offic    Case number (if known) _____
        Name

### 12. Why is venue proper in *this* district?

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

### 13. Signature of foreign representative(s)

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _____    Simon R. Conway
Signature of foreign representative    Printed name

Executed on  03/30/2021
             MM / DD / YYYY

X _____    Jess Shakespeare
Signature of foreign representative    Printed name

Executed on  03/30/2021
             MM / DD / YYYY

### 14. Signature of attorney

X _Douglas A. Kellner_____    Date  3/30/2021
Signature of Attorney for foreign representative    MM / DD / YYYY

Douglas A. Kellner
Printed name

Kellner Herlihy Getty & Friedman LLP
Firm name

470 Park Avenue South - 7th Floor
Number    Street

New York    NY    10016-6819
City        State    ZIP Code

(212) 889-2121             dak@khgflaw.com
Contact phone              Email address

1117241    New York
Bar number    State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3